UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

DAWN AUCOIN                                    CASE NO.  6:26-CV-01284

VERSUS                                         JUDGE ROBERT R. SUMMERHAYS

LOWES HOME CENTERS, LLC, ET AL.                MAGISTRATE JUDGE WHITEHURST

## ORDER

For the reasons stated in the Report and Recommendation [ECF No. 14] of the Magistrate Judge previously filed herein, and after an independent review of the record, a *de novo* determination of the issues, and consideration of Defendants' Objection and Plaintiff's response [ECF Nos. 15, 16], and having determined that the findings are correct under the applicable law;

IT IS ORDERED that the Motion to Dismiss [ECF No. 10] is GRANTED, and Plaintiff's claims against Cameron Campo and Terrell Ellis are DISMISSED without prejudice.

THUS DONE in Chambers on this _____22nd_____ day of June, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE